# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-06-00221-CV

**Edward Shawn Mack; Cook Portable Warehouses of Texas, L.L.P. a/k/a Cook Sales, Inc.; and Cook Texas Management, L.L.C., Appellants**

**v.**

**Cynthia Rodriguez, Individually and on behalf of the Estate of David Villarreal, Deceased, and Jarene Villarreal, Appellees**

### FROM THE DISTRICT COURT OF BASTROP COUNTY, 335TH JUDICIAL DISTRICT
### NO. 24,885, HONORABLE TERRY L. FLENNIKEN, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

The parties have filed a joint motion signed by all counsel asking this Court to dismiss the appeal. *See* Tex. R. App. P. 42(a)(1). We grant the motion and dismiss the appeal.

W. Kenneth Law, Chief Justice

Before Chief Justice Law, Justices B. A. Smith and Waldrop

Dismissed on Joint Motion

Filed: October 6, 2006